UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 09-1201-JHN (PLAx)                                              Date  September 19, 2011

Title:  Marcelo Grasso, et al. v. State of California, et al.

------------------------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                                                          NONE

PROCEEDINGS:         (IN CHAMBERS)

By order entered August 26, 2011, the parties' confidential settlement conference statements were due no later than September 15, 2011.  To date, the Court has not received plaintiffs' statement.  Accordingly, **plaintiffs are ordered to show cause**, **no later than noon on Tuesday, September 20, 2011**, why the settlement conference, currently set for September 22, 2011, should not be taken off calendar and sanctions imposed on plaintiffs for their failure to comply with Court orders.  Submission of plaintiffs' confidential statement by noon on September 20, 2011, shall be deemed compliance with this order to show cause.

**IT IS SO ORDERED.**

cc:     Counsel of record

Initials of Deputy Clerk   ch

CV-90 (10/98)                                               CIVIL  MINUTES  -  GENERAL